■ In the Matter of BETH A. MINEO, Respondent, v RANDALL A. MINEO, Appellant. [600 NYS2d 672] —Motion for clarification denied. Memorandum: Vacatur of the award of private school tuition contemplates reimbursement of any amount paid pursuant to that award. Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of FREDERICK D. STEVENS, an Attorney, Resignor. [600 NYS2d 647] —Resignation accepted, name stricken from roll of attorneys and restitution ordered. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ PEOPLE v ROGER SCOTT, Defendant. [600 NYS2d 647] — Motion for change of venue denied. Memorandum: We conclude that defendant has not, on this application, met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature (see, People v DiPiazza, 24 NY2d 342; People v Jacobsen, 170 AD2d 1043). Furthermore, pursuant to section 701 of the County Law, we do not have the authority to appoint a special prosecutor. Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed May 24, 1993.)

■ KELLY A. MALOY, Respondent, v DALE J. DELOSH, Appellant. [600 NYS2d 646] —Motion for permission to appeal as a poor person and for assignment of counsel denied and appeal dismissed. Memorandum: No appeal as of right lies from this non-dispositional order (see, Family Ct Act § 1112). Present— Callahan, J. P., Pine, Doerr, Boomer and Davis, JJ. (Filed May 18, 1993.)

■ BERNARD J. SHEVLIN et al., Respondents, v NATIONAL CONSERVATION CORPORATION et al., Appellants. [600 NYS2d 645] —Motion for a stay denied. Memorandum: The appeal was deemed abandoned and automatically dismissed on April 20, 1993 (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Denman, P. J., Green, Pine, Boomer and Davis, JJ. (Filed May 12, 1993.)